1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JEREMIE JOHNSON,

     *Petitioner*,

vs.

STATE OF NEVADA,

     *Respondents*.

3:15-cv-00315-RCJ-WGC

ORDER

     On June 25, 2015, this court entered an order and judgment dismissing this habeas corpus action under 28 U.S.C. § 2254 because petitioner had submitted an application to proceed *in forma pauperis* without including a habeas petition or complaint of any kind.  ECF Nos. 3/4.  The following day, the court received from petitioner a petition for writ of habeas corpus and a motion for appointment of counsel.  ECF Nos. 5/6.  Then, on July 6, 2015, the court received a letter from petitioner explaining that the documents were not submitted together due to a delay in making copies at his place of incarceration.

     Finding that it was the result of excusable neglect, the judgment herein shall be set aside.  *See* Fed. R. Civ. P. 60(b).  The habeas petition shall be reviewed by pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.

\ \ \

\ \ \

1    **IT IS THEREFORE ORDERED** that the order and judgment entered on June 25, 2015, (ECF

2   Nos. 3/4) are **VACATED**.  The Clerk shall administratively re-open this action.

3        Dated this 9th day of July, 2015.

4

5                                                    _____

6                                                    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28